IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL ACTION NO.  1:03cr11WJG-1

RUSSELL LAFONTAINE


## ORDER ALLOWING REMISSION OF FINE


THIS CAUSE is before the Court on the Petition [50] of the United States of America

[United States] in accordance with the provisions of 18  U.S.C. § 3573 (amended November 18,

1989) for the remission of the unpaid portion of the $3,500.00 fine imposed against Defendant

Russell Lafontaine on August 6, 2003.  Based upon the representations of the United States that

"future collection efforts [of the unpaid fine balance of $64.58] are not likely to be effective, the

Court finds that the Petition should be granted.  It is therefore,

ORDERED AND ADJUDGED, that based upon the representation of the United States

that the remaining balance of the initial $3,500.00 fine imposed against this Defendant at

sentencing is not collectible, the unpaid balance of $64.58 be, and is hereby, remitted.

SO ORDERED AND ADJUDGED this 27th day of December, 2008.



_____
*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE